DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WORLDWIND INVESTMENT GROUP, LLC, et al.,**
Appellants,

v.

**JANNETT E. SPENCE,**
Appellee.

No. 4D2022-2731

[January 11, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE2019-004362.

Andrew M. Kassier of Andrew M. Kassier, P.A., Coral Gables, for appellants.

Serena Kay Tibbitt of Tibbitt Law, P.A., North Miami, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***